AO 442

# United States District Court

SEALED

### DISTRICT OF UTAH - CENTRAL DIVISION

DOA: 9/14/17

UNITED STATES OF AMERICA

v.

Porter

**WARRANT FOR ARREST**

17-1711MJ

**CASE NUMBER: 2:17-CR-527 DB**

SEALED

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          **Mark Olic Porter**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information

[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Interference with Housing**

in violation of  42:3631

United States Code,

D. Mark Jones

Name of Issuing Officer

*Julie Wiersch*

Signature of Issuing Officer

By:      /s/ J. Wierschem
Deputy Clerk

Clerk of Court

Title of Issuing Officer

September 14, 2017 at Salt Lake City, Utah

Date and Location

UNITED STATES
RECEIVED
17 SEP 14
DIS

Bail fixed _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



SEALED

JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ROSE E. GIBSON, Trial Attorney United States Department of Justice
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
DISTRICT COURT

2017 SEP 13   P 4: 39

DISTRICT OF UTAH

DPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATION: |
| | : | Count I:   42 U.S.C. § 3631, |
| vs. | : | Interference with Housing. |
| MARK OLIC PORTER, | : | |
| | | Case: 2:17-cr-00527 |
| Defendant. | : | Assigned To : Benson, Dee |
| | | Assign. Date : 9/13/2017 |
| | | Description: USA v. |

The Grand Jury charges:

### COUNT 1
42 U.S.C. § 3631
(Interference with Housing)

On or about November 3, 2016, in the Central Division of the District of Utah,

MARK OLIC PORTER,

the defendant herein, did by force and threat of force, willfully injure, intimidate, and interfere

with, and attempt to injure, intimidate, and interfere with, M.W., an African-American man,

because of M.W.'s race and color and because M.W. was occupying a dwelling; specifically, the

defendant yelled "nigger," said get out of here to M.W. and M.W.'s seven-year-old son, and used

a stun cane (a Zap Cane) to assault M.W., resulting in bodily injury to M.W. and involving the

use of a dangerous weapon, a Zap Cane; all in violation of 42 U.S.C. § 3631.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney

_____
ROSE E. GIBSON
Trial Attorney
United States Department of Justice
Civil Rights Division

2